NELROSE REALTY COMPANY, RELATOR, v. WILLIAM C. HOPPE, INSPECTOR, ETC., RIDGEFIELD PARK, DEFENDANT.

Submitted October term, 1924—Decided December 31, 1924.

**Ordinances—Zoning—Alternative Writ Issued so That Facts May Be Presented to Court.**

On *mandamus*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Maley & Maley*.

For the defendant, *Morrison, Lloyd & Morrison*.

PER CURIAM.

The relator in this case applied to the inspector of buildings in the village of Ridgefield Park for a permit to erect a one-story brick building, to contain three stores, on his lot forty feet by one hundred feet on the westerly side of Teaneck road, eighty feet south of Cedar street, in accordance with the Ridgefield Park building code. The permit was refused on the ground that the plans submitted by the relator did not comply with subdivision D of section eight (8) of the

zoning ordinance, which refers to the height and area regulations controlling district B zones. We think an alternative writ should issue in this case, so that the facts may be presented to the court on which a record can be made, if it is desired, and such will be the order of the court.